BORAH, Respondent, vs. HALL and another, Appellants.

For the appellants: *Hughes & Anderson* of Superior.
For the respondent: *John F. Padden* of Superior.

*By the Court.*—Judgment affirmed.

*November 10, 1936.*

WILL OF NELSON: NELSON, Proponent, Respondent, vs. NORD, Objector, Appellant.

For the appellant: *Irwin E. Magee* of Ellsworth, and *Milton I. Holst* of Red Wing, Minnesota, attorneys, and *Harold M. Wilkie* of Madison of counsel.
For the respondent: *White & White* of River Falls.

*By the Court.*—Order affirmed.

ESTATE OF EULER: OSWEILER, Administratrix, Appellant, vs. LA CROSSE TRUST COMPANY, Respondent.

For the appellant: *T. H. Skemp* and *Hale & Burke,* all of La Crosse.
For the respondent: *Otto M. Schlabach* and *R. M. Schlabach,* both of La Crosse.

*By the Court.*—Order affirmed.